IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **EDDIE JACK KNUCKLES,** <br> Plaintiff, | Civil Action No. 7:20-cv-00140 |
| v. | **OPINION** |
| **DR. PAUL OHAI, et al,** <br> Defendant(s), | By:  James P. Jones <br> United States District Judge |

Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered March 3, 2020, the court directed plaintiff to submit within 20 days from the date of the order a statement of assets, an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period. On March 26, 2020, the plaintiff returned a statement of assets form and a certified copy of his inmate account, signed by the trust officer at the facility he is housed, however, it only included November through February and was missing the financial information for September through October. On March 26, 2020, the court gave the plaintiff one last opportunity to cure the deficiencies by providing the completed information. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Opinion and accompanying Order to plaintiff.

ENTER:  This  29th  day of April, 2020.

/s/James P. Jones
United States District Judge